ACCEPTED
03-14-00071-CV
4881151
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 12:10:43 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00071-CV

| | | |
|---|---|---|
| **Austin Independent School District,** | § | **IN THE THIRD** |
| *Appellant,* | § | 3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | 4/14/2015 12:10:43 PM |
| **v.** | § | JEFFREY D. KYLE **COURT OF APPEALS** |
| | § | |
| **Andrew Lofters,** | § | |
| *Appellee.* | § | **AUSTIN, TEXAS** |

_____

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE FOR MOTION FOR REHEARING

_____

Appellee, Andrew Lofters, asks the Court to extend the time to file the motion for rehearing.

### A. Introduction

1. Appellant is Austin Independent School District; Appellee is Andrew Lofters.

2. This motion is filed within the 15-day period to file a motion to extend the time to file a motion for rehearing, as required by Texas Rule of Appellate Procedure 49.8.

3. The parties have agreed to this motion.

1

## B. Argument & Authorities

4. The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing.

5. Appellee's motion for rehearing is due on April 16, 2015.

6. Appellee requests an additional 12 days to file the motion for rehearing, extending the time until April 28, 2015.

7. No extension has been granted to extend the time to file the motion for rehearing.

8. Appellee needs additional time to file the motion for rehearing because Appellee's counsel has an unusual heavy docket schedule. Appellee's request to extend time is for good cause and is not intended to delay these proceedings.

## C. Conclusion/Prayer

9. For these reasons, Appellee asks the Court to grant an extension of time to file the motion for rehearing until April 28, 2015.

Respectfully submitted,

**Potter Bledsoe, LLP**

**___/s/ Gary L. Bledsoe___**
Gary L. Bledsoe
State Bar No. 02476500
garybledsoe@sbcglobal.net

2

Harry G. Potter III
State Bar No. 16175300
hpotter@potterbledsoe.com
316 West 12th Street, Suite 307
Austin, Texas 78701
Tel:  (512) 322-9992
Fax:  (512) 322-0840
*Attorneys for Andrew Lofters*

## CERTIFICATE OF CONFERENCE

I certify that my office has conferred with Jonathan G. Bush by telephone, and he has agreed and is unopposed to Appellee's motion to extend time to file for motion for rehearing until April 28, 2015.

**/s/ Gary L. Bledsoe**
Gary L. Bledsoe

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on counsel for Austin Independent School District today, April 14, 2015, through the court's electronic filing system and by email to the following addresses:

Jonathan G. Brush
jbrush@rmgllp.com
Richard A. Morris
rmorris@rmgllp.com
Rogers, Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057
Tel: (713) 960-6000
Fax: (713) 960-6025
*Attorneys for Austin Independent School District*

**___/s/ Gary L. Bledsoe___**
Gary L. Bledsoe